UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBLES-Rivera, Juventino**<br><br>Defendant. | Magistrate Case No.<br><br>'08 MJ 0918<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **March 19, 2008**, within the Southern District of California, defendant, **ROBLES-Rivera, Juventino**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF **March 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On March 19, 2008, the defendant identified as **ROBLES-Rivera, Juventino** was apprehended by the Calexico Police Department in violation of False ID to Police Officer. Subsequently the Officers booked him into Imperial County Jail for the violation. During a routine jail interview on March 21, 2008, an Immigration Enforcement Agent with Immigration Customs Enforcement determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from State custody. On Monday March 24, 2008, at approximately 11:20 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Subsequently an Immigration Enforcement Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on December 23, 2003, and physically removed to Mexico on December 23, 2003 via the Nogales Port of Entry. Furthermore, the defendant's order of removal was reinstated on August 04, 2006 and he was physically removed to Mexico via the San Ysidro Port of Entry on August 04, 2006. Record checks also indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as ROBLES-Rivera, Juventino, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously removed and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that ROBLES-Rivera, Juventino has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

_____
Deportation Officer
Immigration & Customs Enforcement

_____
UNITED STATES MAGISTRATE JUDGE